Joseph G. WALLACE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 385, 2015

Supreme Court of Delaware.

Submitted: December 11, 2015

Decided: December 22, 2015

AFFIRMED.